Opinion filed March 5, 2026



In The

# Eleventh Court of Appeals

_____

## No. 11-25-00380-CV

_____

## TEXAS GOVERNMENT ACCOUNTABILITY ASSOCIATION, Appellant

## V.

## CITY OF ODESSA, Appellee

**On Appeal from the 244th District Court**
**Ector County, Texas**
**Trial Court Cause No. C25020212CV**

## MEMORANDUM OPINION

This appeal arises from the trial court's final order declaring a "Transparency and Ethics Interlocal Agreement" void and unenforceable as a matter of law and providing for a permanent injunction against Appellant. Appellant has filed a "Notice of Withdrawal of Appeal," stating that it "no longer desires to appeal from the final judgment . . . and any other pending matters before this Court." Appellant states that it "files this Notice of Withdrawal of Appeal for purposes of dismissing the pending Appellate review."

We construe Appellant's filing as a motion to dismiss its appeal.  *See* TEX. R. APP. P. 42.1(a)(1).  Accordingly, we grant Appellant's request and dismiss the appeal.  *See id.*


W. BRUCE WILLIAMS

JUSTICE


March 5, 2026

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.